**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-8421**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANDRES MORALES,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:05-cr-00322-RDB-4)

———————————

Submitted:  April 23, 2009        Decided:  May 4, 2009

———————————

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Andres Morales, Appellant Pro Se.  Christine Manuelian,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andres Morales appeals the district court's orders denying relief on his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and on his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Morales, No. 1:05-cr-00322-RDB-4 (D. Md. Oct. 7, 2008; Oct. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED